IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER A. MONTGOMERY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 02-1160-GPM |
| | ) |
| MICHAEL L. HOLMES, | ) |
| | ) |
| Respondent. | ) |

# ORDER

**MURPHY, Chief District Judge:**

On January 17, 2006, Magistrate Judge Proud issued a Report and Recommendation recommending that Petitioner's petition for relief under 28 U.S.C. § 2254 be denied in all respects. The Report and Recommendation was entered on the Court's docket and mailed to Petitioner on January 19th. On February 1, 2006, Petitioner filed a motion for an extension of time to file objections to the Report and Recommendation. Petitioner seeks an additional 90 days to file his objections. Having been fully considered by the Court, Petitioner's motion (Doc. 18) is **GRANTED in part and DENIED in part**. Petitioner is **granted up to and including March 10, 2006**, to file his objections.

**IT IS SO ORDERED.**

DATED: 02/07/06

                                                                            s/ G. Patrick Murphy
                                                                            G. PATRICK MURPHY
                                                                            Chief United States District Judge