IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROGER A. MONTGOMERY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 02-1160-GPM |
| | ) |
| **MICHAEL HOLMES and ILLINOIS STATE ATTORNEY GENERAL,** | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied. Judgment is entered in favor of Respondent, **MICHAEL HOLMES**, and against Petitioner, **ROGER A. MONTGOMERY**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated August 4, 2003, **ILLINOIS STATE ATTORNEY GENERAL** is dismissed with prejudice. This action is dismissed **with prejudice.**

**DATED**:  3/16/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
  Deputy Clerk

APPROVED: s/ G. Patrick Murphy
    G. PATRICK MURPHY
    CHIEF U.S. DISTRICT JUDGE